## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
### CIVIL ACTION NO.  3:23-CV-00101-CHL

**MARY BETH ROGERS,**                                              **Plaintiff,**

**v.**

**PNC BANK,**                                                       **Defendant.**

### JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendant PNC Bank with respect to all claims asserted in this matter by Plaintiff Mary Beth Rogers.

(2)     This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:     Counsel of Record

August 27, 2024